# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | **MDL No. 1668** |
| **In re Fannie Mae Securities Litigation** | **Consolidated Civil Action No. 04-1639 (RJL)** |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this __16th__, day of __October__, 2012, it is hereby

**ORDERED** that defendant J. Timothy Howard's Motion for Summary Judgment [# 938] is GRANTED; and it is further

**ORDERED** that judgment is entered for defendant Howard on all counts against him and that defendant Howard is dismissed from this suit.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge